# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                            No. 4:14-cr-232-DPM-10

AARON WILLIAMS
Reg. No. 24437-009                                                           DEFENDANT

## ORDER

1. Williams filed a supplemental motion for compassionate release. Because the Court never received the original motion, it granted Williams until 20 July 2020 to file another copy. Williams hasn't refiled the motion; and the time to do so has passed. *Doc. 1278.* The Court will therefore rule on the supplement. *Doc. 1277.*

2. Williams moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health if he contracts it. Williams admits he has not presented his request to the Warden at FCI Forrest City; but he asks that the Court waive exhaustion because he believes waiting for that process to run its course would be futile and would expose him to serious harm. *Doc. 1277 at 4–5.* Williams's concerns about the virus are understandable. But this Court has concluded that § 3582(c)(1)(A)'s exhaustion requirement can't be excused. *United States v. Chastain,*

*Doc. 120* in E.D. Ark. Case No. 4:18-cr-159-DPM. Williams's motion, *Doc. 1277*, is therefore denied without prejudice.

**3.** The Court directs the Clerk to send Williams a copy of the *Chastain* Order with this Order.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 August 2020